```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                    |
SECURITIES AND EXCHANGE COMMISSION, |
                                    |
                   Plaintiff,       |
                                    |    06 Civ. 2360 (KMW) (MHD)
     -against-                      |
                                    |           ORDER
COBALT MULTIFAMILY INVESTOR I, LLC, |
COBALT MULITFAMILY CO. I, LLC,      |
COBALT CAPITAL FUNDING, LLC,        |
MARK A. SHAPRIO, IRVING J. STITSKY, |
WILLIAM B. Foster,                  |
                                    |
                   Defendants,      |
                                    |
     and                            |
                                    |
VAIL MOUNTAIN TRUST,                |
                                    |
                   Relief Defendant.|
                                    |
-----------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/09

KIMBA M. WOOD, U.S.D.J.:

On July 17, 2009, the Securities and Exchange Commission ("Plaintiff") submitted to the Court a proposed order appointing a tax administrator and distribution agent to execute the Plan of Distribution, approved by the Court on June 24, 2009. Any objections to Plaintiff's proposed order shall be filed with the Court by <u>Monday, July 27, 2009 at 5:00 p.m.</u>

SO ORDERED.

DATED:   New York, New York
         July 23, 2009

                                    _____
                                           KIMBA M. WOOD
                                    United States District Judge