UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

    -against-

COBALT MULTIFAMILY INVESTORS I,
LLC, COBALT MULTIFAMILY CO. I, LLC,
COBALT CAPITAL FUNDING, LLC, MARK      06-CV-2360 (KMW)
A> SHAPIRO, IRVING J. STITSKY, and
WILLIAM B. FOSTER                             **OPINION AND ORDER**

                      Defendants,
and,

VAIL MOUNTAIN TRUST
                      Relief Defendant.
------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

## ORDER AUTHORIZING
## (1) PAYMENT OF DISTRIBUTION AGENT AND TAX
## ADMINISTRATOR FEES; AND (2) TRANSFER OF
## REMAINING FUNDS TO THE UNITED STATES TREASURY

The Court, having considered the Declaration of Nancy A. Brown, executed February 13, 2019, and the Exhibit thereto, and the Declaration of Jason Rabe, executed December 7, 2018, and the Exhibit thereto ("Rabe Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED** that the Distribution Agent, Rust Consulting, Inc., is authorized to pay itself $3,038.00; and to pay the Tax Administrator, Miller Kaplan Arase LLP, formerly Damasco & Associates, $3,631.22;

**IT IS FURTHER ORDERED** that the Distribution Agent is authorized to transfer the remaining funds in the Distribution Fund to the United States Treasury, according to the instructions supplied by the staff of the Securities and Exchange Commission.

SO ORDERED.

Dated: New York, New York
       March 5, 2019

                                                KIMBA M. WOOD
                                       United States District Judge